NUMBER 13-08-00144-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

CLAUDIA DOMINGUEZ AND EFREN DOMINGUEZ, Appellants,


v.



LASER VAGINAL REJUVENATION 

INSTITUTE, MEDICAL ASSOCIATES, INC. , Appellee.

_____________________________________________________________


On appeal from the 92nd District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellants, Claudia Dominguez and Efren Dominguez, brought an appeal from a
judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause number
C-1305-06-A-1. Appellants have filed a motion to dismiss the appeal on grounds that they
no longer desire to prosecute it. 

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' motion to dismiss is GRANTED, and the appeal is hereby
DISMISSED. Because the motion lacks an agreement between the parties regarding the
assessment of costs, costs will be taxed against appellants. See id. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellants' request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 26th day of June, 2008.